UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10057-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONECHE GARCIA-CORDERO, and
JUNIOR ARCE DE LA CRUZ,

    Defendants.
_____/

## ORDER REQUIRING A REPLY

This matter arose upon the Motions to Dismiss Counts 37-71 of the Indictment filed by defendants Junior Arce de la Cruz (DE # 33) and Oneche Garcia-Cordero (DE # 37). The government has filed a Combined Response in opposition to the motions (DE # 42), and the deadline for filing a Reply is September 29, 2008. The Honorable K. Michael Moore, United States District Judge, has referred these motions to the undersigned United States Magistrate Judge (DE # 44).

The motions to dismiss challenge the constitutionality of Title 8, United States Code 1324(a)(2)(B)(iii) on the grounds that it violates the defendants' privilege against self-incrimination. The motions rely almost exclusively on the analysis of the Court in *United States v. Abimel Caraballo*, Case No. 08-20266-CR-ALTONAGA. That Order has been reconsidered and vacated on the grounds, in essence, that the motion raised only a facial challenge to the statute; that the initial Order finding the statute unconstitutional was based upon an "as applied" analysis; and, that, as such, it was necessary to develop a factual record at trial prior to determining whether the statute was unconstitutional as applied (Case No. 08-20266-CR-ALTONAGA: DE # 65). Thus, on

reconsideration, the Court denied the motion without prejudice to the defendant's right to renew his challenge following the presentation of evidence at trial.  Another District Judge of this Court reached the same result in *United States v. Gonzales-Rodriguez*, 08-20437-CR-GRAHAM (DE # 79), affirming, on prematurity grounds, the Report and Recommendation which was attached to the Government's response in the case at bar.[1]

In its response in this case, the Government addresses the merits of the constitutional challenge, but also takes the same position regarding prematurity that it took in the above two cases, and that was adopted by the two District Judges who considered it, as well as the two Magistrate Judges who considered the issue (DE # 42 at 20-22).  The defendants have not addressed this issue in their motions, and it is unclear whether they intend to pursue a "facial" challenge to the statute or an "as applied" challenge.  It appears, based upon their reliance on *Caraballo*, that they intend to make an "as applied" challenge since that is the basis upon which the defendants in *Caraballo* initially prevailed.  However, the defendants have not addressed the propriety of such a challenge, and have obviously not addressed the fact that the *Caraballo* decision has been reconsidered and vacated.

Therefore, it is hereby

**ORDERED** that on or before September 29, 2008, the defendants shall file a Reply to the government's Response, and the Reply shall state whether the defendants are mounting a facial challenge to the statute, or an "as applied" challenge, and shall include legal authority to support the position(s) they take.  If the defendants seek to

---

[1] It appears that the defendant in that case was acquitted of the challenged counts, thus mooting any further consideration by that Court of the constitutionality of the statute on an "as applied" basis.

make an "as applied" challenge and agree with the government's position that such a motion must await the development of the factual record at trial, the parties shall so state in their reply, or file a Notice of Withdrawal of the Motion, as soon as possible. Failure to timely file a reply shall be deemed a withdrawal of the motion.

**DONE AND ORDERED** in chambers in Miami, Florida, on September 24, 2008.

                                                                                       /s/ Andrea M. Simonton
                                                          **ANDREA M. SIMONTON**
                                                          **UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
The Honorable K. Michael Moore,
      United States District Judge
All counsel of record via CM/ECF